# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL DIAZ-HERNANDEZ,<br>　　　　　　Petitioner,<br><br>　　　v.<br><br>LEONARD ODDO, et. al.,<br>　　　　　　Respondents. | )<br>)<br>)<br>)　　Civil No. 26-21<br>)<br>)<br>)<br>) |

## **ORDER OF COURT**

On April 23, 2026, the court issued an order (ECF No. 9), directing petitioner to show good cause, on or before April 30, 2026, why this case should not be dismissed for failure to comply with: (1) the case management order (ECF No. 7) issued by the magistrate judge; and (2) this court's order (ECF No. 8) directing that on or before April 20, 2026, Petitioner shall file a status report with respect to service of the Petition on Respondents in compliance with the case management order.

The petitioner having failed to show good cause for the failure to comply with the court's orders, this case is hereby dismissed without prejudice. The clerk shall docket this case closed.

SO ORDERED this 12th day of May, 2026.

BY THE COURT:

/s/ Joy Flowers Conti
Joy Flowers Conti
Senior United States District Court Judge